JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE RAMON TAYLOR,<br>　　　　Petitioner,<br>　　vs.<br>MARTIN BITER, Warden,<br>　　　　Respondent. | Case No. EDCV 12-0683-RGK (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 21, 2014

_/s/ Gary Klausner_
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE